IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )  **CR** 13   162 **S**
                         )
            vs.          )  In violation of 18 U.S.C. §§
                         )  2423(a) and (b).
                         )
KEITH SAMPSON            )

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about December 29, 2007, in the District of Rhode Island
and elsewhere, the defendant, KEITH SAMPSON, did knowingly transport
an individual who had not attained the age of 18 years in interstate
commerce, with the intent that such individual engage in sexual
activity for which any person can be charged with a criminal offense;
to wit, Statutory Rape of A Child, in violation of M.G.L. ch. 265,
§23.

All in violation of 18 U.S.C. § 2423(a).

COUNT II

On or about December 29, 2007, in the District of Rhode Island
and elsewhere, the defendant, KEITH SAMPSON, did travel in interstate
commerce for the purpose of engaging in illicit sexual conduct, as
defined in Title 18, United States Code, Sections 2423(f)(1), with
another person.

1

All in violation of 18 U.S.C. § 2423(b).

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

Date: November 6, 2013

2